IN PROPRIA PERSONA

~~SUPERIOR COURT~~ United State Court

IN AND FOR THE COUNTY OF Los Angeles

FILED
CLERK U.S. DISTRICT COURT
DEC 1 2 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| ~~STATE OF CALIFORNIA~~ United States of America Plaintiffs, ) ) ) ) vs. ) Venus Holleman ) Defendant, ) ) | Dept. Clerk Case No. CR05-00278-JFW MOTION FOR SENTENCE IN ABSENTIA OF A STATE PRISONER ON A FELONY, PURSUANT TO SECTION 977 OF THE CALIFORNIA PENAL CODE |

Defendant, Venus Holleman, In Propria Persona, hereby moves the Court for Sentencing in Absentia on the following Felony violation against her:

Warrant No. CR05-00278-JFW for the crime of Probation Violation _____, stemming from the arrest of the same on the date of March 4, 2008.

This motion is made pursuant to Section 977 of the Penal Code and supported by the Defendant's Declaration attached hereto and incorporated herein by this reference.

Defendant prays that an Amended Certified Abstract of Judgment and a Minute Order reflecting sentencing on said charges be forwarded to the Records Department at the California Institution for Women, 16756 Chino Corona Road, Corona, California 92880-9508. Additionally defendant is requesting that charges be ran concurrently to current sentencing.

DATED: 12-9-2008

Respectfully Submitted,

Venus Holleman X30744
IN PROPRIA PERSONA



DENIED BY ORDER OF
UNITED STATES DISTRICT JUDGE
on 12/16/08